PROB. 12
(Rev. 3/88)

UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 24 PM 3: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

U.S.A. vs. Kurt Carlton Fleming                    Docket No. 2:03CR20133-01

## Petition on Probation and Supervised Release

**COMES NOW** Michelle R. Sims, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Kurt Carlton Fleming, who was placed on supervision by the Honorable W. Allen Pepper, Jr. sitting in the Court at Oxford, Mississippi, on the 23rd day of January, 2003, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $4,134.10.
2. The defendant shall provide the Probation Office access to financial information.
3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment payment schedule.

\* Transfer of Jurisdiction began on April 1, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Kurt Carlton Fleming fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Mr. Fleming has made a good faith effort to satisfy restitution, however, he has an outstanding restitution balance of $1,434.10. The defendant signed a payment agreement with the Financial Litigation Unit agreeing to continue payments in the amount of $100.00 per month. Chadwick Lamar, Assistant United States Attorney (ND/MS) has no objections to early termination. It is, therefore, recommended that Kurt Carlton Fleming be discharged from supervision.

**PRAYING THAT THE COURT WILL ORDER** the defendant be discharged from supervision with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 23rd day of August, 2005, and ordered filed and made a part of the records in the above case. | Michelle R. Sims
U.S. Probation Officer |
| _____
United States District Judge | Place: Memphis, Tennessee
Date: August 22, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05

(5)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:03-CR-20133 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT